IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK JAMES CAPOZZI, SR.,** | : | Civil No. 3:17-cv-2102 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENNSYLVANIA BOARD PROBATION & PAROLE,** *et al.*, | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation of the magistrate judge in which she recommends that the court grant Defendants' motion to dismiss the complaint. Objections to the report and recommendation were due on August 12, 2019, and to date no objections have been filed.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the court is satisfied that the report and recommendation contains no clear error and will therefore adopt the recommendation.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 19) is **ADOPTED**.

2) Defendants' motion to dismiss the complaint (Doc. 16) is **GRANTED**.

3) Plaintiff is **HEREBY GRANTED** leave to file an amended complaint that clarifies the bases of his claims and cure the pleading deficiencies outlined in the report and recommendation within 30 days of the date of this order.

4) This matter is **HEREBY REMANDED** to the magistrate judge for any further proceedings.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: September 11, 2019